THE STATE OF OHIO, APPELLEE, *v.* BALLARD, APPELLANT.

[Cite as *State v. Ballard* (1994), 71 Ohio St.3d 394.]

(No. 94–1724—Submitted November 1, 1994—Decided December 30, 1994.)

*Edwin A. Pierce,* Auglaize County Assistant Prosecuting Attorney, for appellee.

*James Ballard, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its decision.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.